United States District Court
Southern District of Texas
**ENTERED**
November 04, 2015
David J. Bradley, Clerk

Amended

# STATEMENT IN SUPPORT OF PROBABLE CAUSE

IN RE: Christopher MINNICK

5:15mj1602

I, Joseph Spielman, a Special Agent with Homeland Security Investigations, declare and state as follows:

1. On October 30, 2015, U.S. Border Patrol Agent (BPA) Nicholas Hyde was assigned to the primary vehicle inspection lane at Interstate Highway 35 Border Patrol Checkpoint located at mile marker 29 north of Laredo, Texas. At approximately 6:45 pm, an orange tractor trailer driven by Christopher James MINNICK arrived at the Border Patrol Checkpoint vehicle primary lane for inspection.

2. BPA Hyde greeted MINNICK and asked MINNICK if there was anyone traveling with MINNICK. MINNICK responded by saying that he (MINNICK) was unwilling to answer any of BPA Hyde's questions. BPA Hyde asked MINNICK if he (MINNICK) was a United States Citizen, to which MINNICK replied that he (MINNICK) did not want to answer BPA Hyde's questions. BPA Hyde then instructed MINNICK to park his (MINNICK) tractor trailer in the secondary parking area. MINNICK told BPA Hyde that he (MINNICK) would not move his tractor trailer from its position.

3. BPA Hyde used his service issued radio to contact his supervisor, Supervisory Border Patrol Agent (SBPA) Edwin Lozano. SBPO Lozano approached MINNICK and the conversation between SBPA Lozano and MINNICK was recorded on a Go Pro camera belonging to the U.S. Border Patrol. During the conversation, SBPA Lozano asked MINNICK if he (MINNICK) was a United States Citizen, and MINNICK responded that he (MINNICK) would not answer any of SBPA Lozano's questions. SBPA Lozano then asked MINNICK to move his (MINNICK) tractor trailer to the secondary parking area, and MINNICK responded that he (MINNICK) would not move the tractor trailer. After MINNICK refused to comply with the request to move the vehicle, MINNICK was removed from the trailer.

4. On October 30, 2015, at approximately 9:35 pm, Homeland Security Investigations (HSI) Special Agent Joseph Spielman and HSI Special Agent Rodolfo Vega read MINNICK his Miranda Rights in the English Language. MINNICK stated that he understood his rights. At that time, MINNICK requested a lawyer. No further questions were asked.

On October 30, 2015, MINNICK was placed under arrest and charged with the violation of 18 USC 111. MINNICK was transported to the Webb County Jail, Laredo TX to await judicial proceedings.

I declare (certify, verify, or state) under penalty of perjury that the forgoing is true and correct. Executed on the 30th day of October, 2015.

_____
Joseph Spielman
Special Agent
Homeland Security Investigations

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the __31st__ day of ~~November~~ October, 20 15.

_____
UNITED STATES MAGISTRATE JUDGE