UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

FILED
15 DEC 14 PM 3: 18
U.S. COURTS
SOUTHERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. |
| CHRISTOPHER JAMES MINNICK | § § | L-15-1499 |

## CRIMINAL INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about October 30, 2015 in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**CHRISTOPHER JAMES MINNICK,**

did knowingly and intentionally, forcibly resist, oppose, impede, intimidate, and interfere with Border Patrol Agent Nicholas Hyde, while said Agent was engaged in and on account of the performance of the Agent's official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ALFREDO DE LA ROSA
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

LAREDO DIVISION (5:15mj 1602)

FILE:
CRIMINAL INFORMATION Filed: 12/14/15

No. L-15-1499

Judge: _____

UNITED STATES OF AMERICA

VS.

**CHRISTOPHER JAMES MINNICK**

ATTORNEYS:

KENNETH MAGIDSON, USA
ALFREDO DE LA ROSA, AUSA

**CHARGE:** Ct. 1: Assaulting, Resisting or Impeding Certain Officers or Employees
[18 USC 111(a)(1)] [Class A Misdemeanor]

**TOTAL COUNTS: 1**

**PENALTY:** Maximum 1 year and/or $100,000; $25 Special Assessment;
not more than 1 year term of supervised release.

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: